No. 86–6031.   RODRIGUEZ *v.* WISCONSIN.   Ct. App. Wis. Certiorari denied.

No. 86–6054.   WILLIAMS *v.* RONE ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 86–6130.   LOCKETT *v.* SOUTH CAROLINA.   Sup. Ct. S. C. Certiorari denied.

No. 86–6148.   REED *v.* MARYLAND.   Ct. Sp. App. Md.   Certiorari denied.

No. 86–6159.   WANZER *v.* TEXAS.   Ct. App. Tex., 2d Dist. Certiorari denied.

No. 86–6191.   HOFFMAN *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 86–6202.   CLARK *v.* LYNAUGH, INTERIM DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 86–6213.   DOUBLEDAY *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 86–6220.   ADAMS *v.* PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 86–6269.   TALBOTT *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 86–6275.   KIMBROUGH *v.* AMERICAN TELEPHONE & TELEGRAPH CO. ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 86–6337.   CLEMENTE *v.* OFFICE OF PERSONNEL MANAGEMENT.   C. A. Fed. Cir.   Certiorari denied.

No. 86–6356.   PEHRINGER, AKA WHITTLESEY *v.* DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–6357.   PRICE ET AL. *v.* BALTIMORE POLICE DEPARTMENT ET AL.   C. A. 4th Cir.   Certiorari denied.